[No. 3752-5-III.  Division Three.  March 5, 1981.]

MERWIN T. GARRETT, *Appellant,* v. KENNETH
N. PRICE, ET AL, *Respondents.*

Appeal from a judgment of the Superior Court for
Spokane County, No. 79-2-01762-5, Harold D. Clarke, J.,
entered November 27, 1979. *Reversed* by unpublished
opinion per Green, J., concurred in by Roe, A.C.J., and
Munson, J.

[No. 7621-3-I.  Division One.  March 9, 1981.]

THE STATE OF WASHINGTON, *Respondent,* v. ROBERT
LEE MOSLEY, *Appellant.*

Appeal from a judgment of the Superior Court for King
County, No. 86944, Jerome M. Johnson, J., entered March
30, 1979. *Affirmed* by unpublished opinion per Williams, J.,
concurred in by James, C.J., and Andersen, J.

[No. 8050-4-I.  Division One.  March 9, 1981.]

SANDY POINT IMPROVEMENT COMPANY, *Respondent,* v.
ARNOLD P. BAILLY, *Appellants.*

Appeal from a judgment of the Superior Court for
Whatcom County, No. 57732, Byron L. Swedberg, J.,
entered September 25, 1979. *Reversed* by unpublished
opinion per Ringold, J., concurred in by James, C.J., and
Durham, J.